IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARRY CARTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARISE VIRTUAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 1:16-cv-6262<br><br>Honorable Sara L. Ellis |

**JOINT STATUS REPORT REGARDING SETTLEMENT AND
REQUEST TO CONTINUE STATUS HEARING**

Plaintiff Barry Carter and Defendant Arise Virtual Solutions, Inc. (collectively "the parties") hereby state as follows:

1. This case is currently scheduled for a status hearing on November 12, 2019, regarding the status of the settlement in this matter. See Dkt. 93.

2. The parties have agreed to a long-form settlement agreement, but are still working on an allocation of the settlement among those individuals who have filed arbitrations with the AAA and/or opted in to this litigation, and the appropriate papers to be filed with this Court. In addition, undersigned counsel for Defendant is not available on November 12, 2019, due to an in-person court appearance in the Supreme Court of the State of New York, County of Suffolk.

3. Accordingly, the parties hereby jointly request that the status hearing currently

scheduled for November 12, 2019, be vacated and continued to a date in December 2019, in advance of which the parties can file the appropriate papers.

Dated:  October 31, 2019

Respectfully submitted,

By:     /s/ Shannon Liss-Riordan

Shannon Liss-Riordan, *pro hac vice*
Michelle Cassorla, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
mcassorla@llrlaw.com

James B. Zouras
Ryan F. Stephan
STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, Illinois 60601
312-323-1550
312-323-1560
jzouras@stephanzouras.com
rstephan@stephanzouras.com

***Attorneys for Plaintiff Barry Carter***

By:   /s/ Adam P. KohSweeney

Adam P. KohSweeney (CA Bar # 229983)
(*admitted pro hac vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-mail: akohsweeney@omm.com

Larry S. Kaplan
KAPLAN, MASSAMILLO &
ANDREWS LLC
200 West Madison Street, 16th Fl.
Chicago, Illinois 60606
E-mail: lkaplan@kmalawfirm.com

***Attorneys for Defendant Arise Virtual Solutions Inc.***

**SIGNATURE ATTESTATION**

Pursuant to the Northern District of Illinois' General Order On Electronic Case Filing, General Order 14-0009(IX)(C)(2), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

Dated: October 31, 2019

By:   /s/ Adam P. KohSweeney

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that, on this 31st day of October, 2019, copies of the foregoing document and all exhibits thereto were filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses on file with the Court.

By:   /s/ Adam P. KohSweeney