**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BARRY CARTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARISE VIRTUAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 1:16-cv-6262<br><br>Honorable Sara L. Ellis |

**STIPULATION OF DISMISSAL**

The parties hereby dismiss the above-entitled action and all claims asserted in the action, with each party to bear its own costs. This dismissal shall be without prejudice to the right of a party to move for good cause within sixty (60) days to reopen this action. If no party moves to re-open within sixty days, the dismissal shall be with prejudice.

Dated: March 13, 2020

By: */s/ Shannon Liss-Riordan*

Shannon Liss-Riordan, *pro hac vice*
Michelle Cassorla, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
mcassorla@llrlaw.com

James B. Zouras
Ryan F. Stephan
STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, Illinois 60601
312-323-1550

*Attorneys for Plaintiff Barry Carter*

Respectfully submitted,

By: */s/ Adam P. KohSweeney*

Adam P. KohSweeney (CA Bar # 229983)
(*admitted pro hac vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
E-mail: akohsweeney@omm.com

Larry S. Kaplan
KAPLAN, MASSAMILLO &
ANDREWS LLC
200 West Madison Street, 16th Fl.
Chicago, Illinois 60606
E-mail: lkaplan@kmalawfirm.com

*Attorneys for Defendant Arise Virtual Solutions Inc.*

**SIGNATURE ATTESTATION**

Pursuant to the Northern District of Illinois' General Order On Electronic Case Filing, General Order 14-0009(IX)(C)(2), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

Dated: March 13, 2020

By: _/s/ Shannon Liss-Riordan_

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that, on this 13th day of March, 2020, copies of the foregoing document were filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses on file with the Court.

By: _/s/ Shannon Liss-Riordan_