UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division

Barry Carter
                      Plaintiff,

v.                                         Case No.: 1:16−cv−06262
                                               Honorable Sara L. Ellis

Arise Virtual Solutions, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 16, 2020:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation of dismissal [101], this case is dismissed without prejudice to the right of a party to move for good cause within 60 days to reopen this action. If no party moves to re−open within sixty days, the dismissal shall be with prejudice. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.